**UNTIED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RIGRODSKY LAW, P.A.,<br><br>Plaintiff,<br><br>v.<br><br>ACAMAR PARTNERS ACQUISITION CORP. (N/K/A CARLOTZ, INC.), JUAN CARLOS TORRES CARRETERO, LUIS IGNACIO SOLORZANO AIZPURU, DOMENICO DE SOLE, JAMES E. SKINNER, TECK H. WONG, ACAMAR PARTNERS SUB, INC., and CARLOTZ, INC. (N/K/A CARLOTZ GROUP, INC.),<br><br>Defendants. | Case No. 21-cv-04567<br><br>Removed Action: *Rigrodsky Law, P.A. v. Acamar Partners Acquisition Corp. et al.*, No. 606923/2021 (Sup. Ct. Nassau Cty. June 2, 2021) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the Action") with prejudice. Defendants have filed neither an answer, nor a motion for summary judgment in the Action.

Dated: February 2, 2022

**RIGRODSKY LAW, P.A.**

By: */s/ Timothy J. MacFall*
Seth D. Rigrodsky
Timothy J. MacFall
Vincent A. Licata
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Tel No.: (516) 683-3516
Email: sdr@rl-legal.com
tjm@rl-legal.com
vl@rl-legal.com

*Attorneys for Plaintiff*

The Clerk of the Court is directed to TERMINATE as MOOT the motion pending at ECF No. 14 and mark this case CLOSED

**SO ORDERED.**

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J. E.D.N.Y.

Dated: February 3, 2022
Central Islip, New York